UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>GEORGE E. ANDERSON, )<br>)<br>        Defendant. )<br>_____) | Case No.   1:13-mj-00035 SKO<br><br>**ORDER OF DETENTION PENDING A BOND VIOLATION HEARING** |

A.  <u>Order for Revocation and Detention</u>

　　After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. § 3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3143 pending transfer to the District of Nevada.

B.  <u>Statement of Reasons for the Revocation and Detention</u>

　　The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

　　____ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

　　　　　　　　　　　　　　　　**or**

　　_X_ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

　　　　　　　　　　　　　　　　**and**

　　____ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

　　_X_ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

　　____ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

　　_X_ (6) Other: The defendant is to be transported to the District of Nevada as soon as practicable.

IT IS SO ORDERED.

Dated:   **February 5, 2013**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE